Mark Riera (State Bar No. 118238)
mark.riera@snrdenton.com
Anik Banerjee (State Bar No. 236960)
anik.banerjee@snrdenton.com
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendant
INTERNATIONAL E-Z UP, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALLAN, INC., <br><br>          Plaintiff, <br><br>     vs. <br><br> INTERNATIONAL E-Z UP, INC., <br><br>          Defendant. | No. CV 12-1716 MWF (Ex) <br><br> STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER THEREON |

<u>STIPULATION FOR DISMISSAL WITH PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41, plaintiff Tallan, Inc. and defendant International E-Z Up, Inc. stipulate and agree that this action shall be dismissed with prejudice, with each party to bear its own costs.

Dated: June 6, 2012                AKERMAN SENTERFITT, LLP

By  s/Donald N. David  _____
         Donald N. David
Attorneys for Plaintiff
TALLAN, INC.

Dated: June 7, 2012                SNR DENTON US LLP

By  s/Mark Riera  _____
         Mark Riera
Attorneys for Defendant
INTERNATIONAL E-Z UP, INC.

<u>ORDER</u>

It is so Ordered.

Dated: June 8, 2012

_____
Michael W. Fitzgerald
United States District Judge